1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                         **DISTRICT OF NEVADA**
7
8   FRANK S. D'AGOSTINO,
              *Plaintiff*,                          3:12-cv-00065-ECR-WGC
9
10  vs.
                                                    ORDER
11  LISA WALSH*., et al.*
12          *Defendants*.
13

14          In this prisoner civil rights case, plaintiff has filed a motion (#9) styled as a motion for leave to

15  respond to the Attorney General's notice of limited acceptance for service.  Plaintiff seeks to have a

16  retired correctional officer defendant not included within the notice formally served prior to the early

17  mediation conference scheduled for October 16, 2012.  The early mediation program seeks to determine

18  whether an amicable resolution may be reached through the parties for whom the Attorney General has

19  entered a limited acceptance of service.  In the event that a resolution is not reached through such early

20  mediation, settlement always remains an avenue that may be explored at all stages in the case, including

21  following formal service on any parties for whom service has not been accepted by the Attorney

22  General.

23          IT THEREFORE IS ORDERED that plaintiff's motion (#9) for leave to respond to the Attorney

24  General's notice is DENIED.

25               DATED:  September 18, 2012.

26

27                                              _____
                                                WILLIAM G. COBB
28                                              United States Magistrate Judge