# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK S. D'AGOSTINO,

    *Plaintiff*,

vs.

LISA WALSH., *et al.*

    *Defendants*.

3:12-cv-00065-ECR-WGC

ORDER

    In this prisoner civil rights case, plaintiff has filed a motion (#9) styled as a motion for leave to respond to the Attorney General's notice of limited acceptance for service. Plaintiff seeks to have a retired correctional officer defendant not included within the notice formally served prior to the early mediation conference scheduled for October 16, 2012. The early mediation program seeks to determine whether an amicable resolution may be reached through the parties for whom the Attorney General has entered a limited acceptance of service. In the event that a resolution is not reached through such early mediation, settlement always remains an avenue that may be explored at all stages in the case, including following formal service on any parties for whom service has not been accepted by the Attorney General.

    IT THEREFORE IS ORDERED that plaintiff's motion (#9) for leave to respond to the Attorney General's notice is DENIED.

    DATED: September 18, 2012.

                                                        _____
                                                        WILLIAM G. COBB
                                                        United States Magistrate Judge