UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FRANK S. D'AGOSTINO,<br><br>          Plaintiff,<br>vs.<br><br>LISA WALSH, *et al.*,<br><br>          Defendants. | 3:12-cv-00065-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>March 7, 2013 |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>     REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is plaintiff's "Motion for Entry of Default Judgment; and Documentary Evidence of Damages Against Defendant Jeffery Wiley" (Doc. # 39). Plaintiff is apparently under the misconception that Defendant Wiley has not made an appearance in this matter. The docket herein reflects that on January 8, 2013, Defendant Wiley filed a Joinder in Defendants' Motion to Dismiss (Doc. # 33), which constitutes Defendant Wiley's appearance herein.[1]

      Default judgments are appropriate "only in extreme circumstance and the law favors a decision on the merits whenever possible." *TCI Group Life Ins. Plan v. Knoebber*, 244 F.3d 691, 696 (9th Cir. 2001).

      Therefore, Plaintiff's motion (Doc. # 39) is **<u>DENIED.</u>**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk

---

[1] The docket also reflects that on January 18, 2013, Plaintiff filed an opposition to the joinder (Doc. # 36). Therefore, Plaintiff is aware of and had notice of Defendant Wiley's appearance herein.